UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13CR00053 SNLJ |
| | ) | |
| STEVEN WAYNE VANCE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREB YORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#65), filed on November 7, 2013 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that defendant's Motion to Dismiss Count II of Indictment for Insufficiency and Failure to State a Cause of Action (#29) be **DENIED.**

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress (#30) be **DENIED**.

**IT IS FINALLY ORDERED** that defendant's Motion for Bill of Particulars (#31) be **DENIED.**

Dated this 5th day of December, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE